UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | |
|---|---|
| MATHEW SKOGEBO, an individual person, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COFIROUTE USA, LLC, a Delaware Limited Liability Company, et al.<br><br>　　　　　Defendants. | Case No. 8:19-CV-00739-AG-JDEx<br>Judge: Hon. Andrew J. Guilford<br><br>**CLASS ACTION**<br><br>**JUDGMENT** |

It is adjudged that Plaintiffs Mathew Skogebo and Sanket Vinod Thakur's action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated: November 5, 2019

Hon. Andrew J. Guilford
United States District Court
Central District of California